IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 19, 2005
THOMAS K. KAHN
CLERK

_____

NO. 04-14188

_____

D.C. Docket No. 04-00023-CR-4-RH-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWAYNE MONTGOMERY,
a.k.a. Dewayne Montgomery,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(August 19, 2005)**

Before: ANDERSON, BARKETT and WILSON, Circuit Judges

BY THE COURT:

Chet Kaufman, appointed counsel for Dwayne Montgomery, has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to Anders v. California,

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the

entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Montgomery's conviction and sentence are **AFFIRMED**.